UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIMOTHY HINDS,

    Plaintiff,

v.                                  Case No:   6:18-cv-578-Orl-41TBS

APOPKA POLICE DEPARTMENT and
JENNIFER PYBURN,

    Defendants.

## REPORT AND RECOMMENDATION

This matter comes before the Court on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2). On April 20, 2018, I entered an order carrying the *informa pauperis* motion and granted Plaintiff leave to amend his complaint (Doc. 3). Plaintiff filed his amended complaint by the deadline (Doc. 6).

Federal courts may allow an individual to proceed *in forma pauperis* if that person declares in an affidavit that he "is unable to pay [filing] fees or give security therefor." 28 U.S.C. § 1915(a)(1). Prior to determining whether Plaintiff qualifies to proceed *in forma pauperis*, the Court has authority, pursuant to 28 U.S.C. §1915(e)(2), to review the complaint to determine whether it should be dismissed. Section 1915(e) provides that a district court may dismiss a case filed *in forma pauperis* if the court is satisfied that the action is frivolous, fails to state a claim upon which relief may be granted, seeks monetary relief against an immune defendant, or if dismissal is required as a matter of law. Id. § 1915(e)(2). If the complaint is deficient, the Court is required to dismiss the lawsuit on its own authority. See id.

Plaintiff's amended complaint asserts a civil rights claim under 42 U.S.C. § 1983

against individual police officer, Jennifer Pyburn *and* the Apopka Police Department (Doc. 6). The claim against the Apopka Police Department is due to be dismissed because a police department is not a legal entity subject to suit under § 1983. See Bigham v. Powell, Civil Action No. 1:07cv523-MHT (WO), 2007 WL 2081283, at *2-3 (M.D. Ala. July 19, 2007) (citing Dean v. Barber, 951 F.2d 1210, 1214 (11th Cir. 1992)); Fegan v. Lopez, Civil Action No. 08-0739-KD-N, 2010 WL 3768152, at *1 (S.D. Ala. Aug. 27, 2010);

Therefore, I **respectfully recommend** that the §1983 claim against the Apopka Police Department be **DISMISSED without leave to amend**.

### Notice to Parties

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

**RECOMMENDED** in Orlando, Florida on May 15, 2018.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:
    Presiding United States District Judge
    Pro se Plaintiff